HECTOR E. SALITRERO (SBN 81186)
LAW OFFICES OF FERNANDO F. CHAVEZ.
1530 The Alameda, Suite 301
San Jose, CA 95126
Phone: (408) 971-3903
Fax: (408) 971-0117

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUAN R. SANDOVAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PARLIER, and Parlier City Police OFFICER R. JIMENEZ, in his official capacity<br><br>　　　　Defendants. | **CASE # 1:07-CV-00102-OWW-SMS**<br><br>**ORDER ON PLAINTIFF'S MOTIONS IN LIMINE**<br><br>**Date:  June 24, 2008**<br>**Time:  1:00 a.m.**<br>**Ct.Rm,: 3** |

　　　　The hearing on the Motions in Limine filed by Plaintiff Juan R. Sandoval, came on regularly on June 20, 2008, in Court Room 3 of the above-referenced Court, the Honorable Oliver W. Wanger presiding.    Plaintiff appeared personally, and his counsel, Hector E. Salitrero, of the Law Offices of Fernando F. Chavez, appeared telephonically.  Defendant appeared through his counsel James D. Emerson and C. Fredrick Meine, of Emerson, Corey & Sorensen. The Court having read and considered the Motions and Oppositions thereto, and having heard oral argument, ruled as follows:

PLAINTIFF'S FINAL WITNESS LIST

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff's Motions Nos. 1-3 are granted as requested.

2  Plaintiff's Motions Nos. 4 and 5 are granted, with leave for Defense
3
4  counsel to renew motion and make showing of admissibility.  The Court finds that
5  as to Motion 5, Defense counsel will have to make a substantial showing of
6
7  relevance and lack of prejudice given that the events alleged are extremely remote
8  in time.
9  IT IS SO ORDERED,
10
   DATED:    June 24, 2008                    By: /s/ OLIVER W. WANGER
11                                             Hon. Oliver W. Wanger
12                                             U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com