James D. Emerson, No. 042031

LAW OFFICES OF
**EMERSON, COREY & SORENSEN**
2520 WEST SHAW LANE, Suite 102
FRESNO, CALIFORNIA  93711-2765
Telephone  (559) 432-7641
Facsimile   (559) 432-7639

Attorneys for Defendant, OFFICER R. JIMENEZ, in his official capacity

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN R. SANDOVAL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF PARLIER, et al.<br><br>    Defendants. | Case No.  1:07-CV-00102 OWW SMS<br><br>**ORDER ON DEFENDANT'S MOTIONS IN LIMINE** |

The hearing on the Motions in Limine filed by Defendant Officer Rene Jimenez came on regularly on June 20, 2008, in Department 3 of the above-referenced court, the Honorable Oliver W. Wanger presiding. James D. Emerson and C. Fredrick Meine III appeared in person on behalf of Defendant. Hector Salitrero appeared telephonically on behalf of Plaintiff. The court, having read the Motions and Plaintiff's Opposition thereto and having heard oral argument, ruled as follows:

Defendant's Motions Nos. 1-9, 11-13 and 15 were granted as requested;

Defendant's Motion No. 10 was granted conditionally with Plaintiff being allowed to address the bilingual education program to the extent it was mentioned by Plaintiff in the course of Plaintiff's speech on the date of the incident; and

///

///

Defendant's Motion No. 14 was granted conditioned on Plaintiff's ability to establish the subject articles, consisting of Exhibits 37, 38, and 39, as learned treatises under Federal Rule of Evidence, rule 803(18) or as having been referred to or presented at the meeting, but in that event, not for the truth..

IT IS SO ORDERED.

DATED: June 23, 2008

By /s/ OLIVER W. WANGER
Hon. Oliver W. Wanger