1  HECTOR E. SALITRERO (SBN 81186)
LAW OFFICES OF FERNANDO F. CHAVEZ.
2  1530 The Alameda, Suite 301
San Jose, CA 95126
3  Phone: (408) 971-3903
Fax: (408) 971-0117
4

5  Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9                        FRESNO DIVISION

10  JUAN R. SANDOVAL,                 )  **CASE # 1:07-CV-00102-OWW-SMS**
                                      )
11              Plaintiff,            )
                                      )  **ORDER ON DEFENDANT'S**
12      v.                            )  **MOTION FOR JUDGMENT ON**
                                      )  **THE PLEADINGS**
13  CITY OF PARLIER, and Parlier City Police OFFICER  )
R. JIMENEZ, in his official capacity  )
14                                    )
            Defendants.               )
15                                    )  **Date:  June 24, 2008**
                                      )  **Time:  1:00 a.m.**
16                                    )  **Ct.Rm,: 3**
                                      )
17  _____  )

18          The hearing on the Defendant Rene Jimenez' Motion for Judgment on

19
the Pleadings came on regularly on June 20, 2008, in Court Room 3of the above-
20
referenced Court, the Honorable Oliver W. Wanger presiding.    Plaintiff appeared
21
personally, and his counsel, Hector E. Salitrero, of the Law Offices of Fernando F.
22
Chavez, appeared telephonically.  Defendant appeared through his counsel James
23
D. Emerson and C. Fredrick Meine, of Emerson, Corey & Sorensen. The Court
24
25  having read and considered the Motions and Oppositions thereto, and having heard

26
27  oral argument, ruled as follows:

28         PROPOSED ORDER RE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1    Defendant's Motion is granted as to the City of Parlier in that

2

3   allegations against Defendant Jimenez are equal to allegations against the City of

4   Parlier and as the City of Parlier has been dismissed as a Defendant in this action,

5   the First Cause of Action is dismissed as to the City of Parlier.  The Motion is

6

7   denied as to Defendant Jimenez in his individual capacity as he is alleged in the

8   First Cause of Action to have acted under color of law.  Plaintiff may proceed on

9   the First Cause of Action against Defendant Jimenez in his individual capacity.

10          IT IS SO ORDERED,

11

12   DATED:     June 24, 2008                    By: /s/ OLIVER W. WANGER
                                                 Hon. Oliver W. Wanger
13                                               U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                    PROPOSED ORDER RE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

                                              -2-

PDF created with pdfFactory trial version www.pdffactory.com