```
                                            FILED
                                       JUDGMENT ENTERED

                                    _____
                                          Date
                                by _____A. Timken_____
                                         Deputy Clerk
                                     U.S. District Court
                                Eastern District of California
                                 __XX___   FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN R. SANDOVAL,

        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:07-CV-00102 OWW/SMS

R. JIMENEZ,

        Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that

       **JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 7/3/2008.**

DATED: July 8, 2008

                                    VICTORIA C. MINOR, Clerk

                                    /S/ Alice Timken
                             By:
                                    Deputy Clerk

jgm.civ
2/1/95